# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT KANSAS

| | |
|---|---|
| JAY C. GAGNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 06-CV-02199-KHV |
| DARRELL HILL and SHANA HILL, | ) ) ) |
| Defendants, | ) ) |
| _____ | ) |

## ORDER

This matter comes before the Court on plaintiff Jay Gagne's <u>Unopposed Motion For Entry Of Order Confirming Directive Of Expungement In Arbitration Award</u> (Doc. #6) filed September 21, 2006. The Court has reviewed the Stipulated Award in the arbitration action. <u>Darrell and Shana Hill v. Merrill Lynch Pierce Fenner & Smith Inc. and Jay C Gagne</u>, NASD No. 03-06784, dated May 11, 2006. The award recommends that all references to the arbitration be expunged from Gagne's registration records with the NASD Central Registration Depository and finds that the arbitration claimants have stipulated to expungement. For that reason, and for good cause shown, the Court finds that plaintiff's motion should be sustained and confirms the Stipulated Award dated May 11, 2006.

**IT IS SO ORDERED**.

Dated this 23rd day of October, 2006 at Kansas City, Kansas.

s/Kathryn H. Vratil
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE